IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIE LEE WILLIAMS**                                                **PLAINTIFF**
**#175593**

V.                  **NO. 3:22-cv-00156-LPR-ERE**

**PATRICIA MARSHALL,** *et al.*                                 **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Willie Lee Williams' motion for leave to proceed *in forma pauperis* (IFP). *Doc. 4*. In his motion, Mr. Williams explains that Poinsett County officials have refused to complete his jail account information sheet required to complete his IFP application.

IT IS THEREFORE ORDERED THAT:

1. Mr. Williams' motion to proceed IFP (*Doc. 4*) is DENIED, as incomplete.

2. The Clerk of Court is directed to enclose another IFP application, along with a copy of this Order.

3. Mr. Williams must return a completed IFP application, including an accompanying affidavit and jail account information sheet, or pay the $402.00 filing fee within 30 days. Mr. Williams should promptly notify the Court if Poinsett

1

County officials continue to refuse to complete his IFP application so that the Court can schedule a hearing to resolve this preliminary issue.

4. The Clerk is directed to send a copy of this Order to the Warden of the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72342.

Dated this 12th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE