IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIE LEE WILLIAMS**                                        **PLAINTIFF**
**#175593**

**V.**                      **NO. 3:22-cv-00156-LPR-ERE**

**PATRICIA MARSHALL,** *et al.*                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.     Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Williams' claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.     Discussion

Willie Lee Williams brought this lawsuit on behalf of himself, Eric McGee, and Earl Bradley, an inmate at the Poinsett County Detention Center, under 42

U.S.C. § 1983. *Doc. 1*. Pursuant to Court policy, the Court opened three different lawsuits.

On August 1, 2022 mail sent to Mr. Williams from the Court was returned as undeliverable with the notation "not at this address." *Doc. 8.*

On August 2, 2022, the Court ordered Mr. Williams to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 9.* To date, he has not responded to the Court's August 2 Order, and the time to do so has passed.

Mr. Williams has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Williams regarding his lawsuit.

III.    **Conclusion**

IT IS THEREFORE RECOMMENDED THAT:

1.      Mr. Williams' claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's August 2 Order; (3) update his address; and (4) prosecute this lawsuit.

2.      The Clerk be instructed to close this case.

Dated this 6th day of September, 2022.

_____

UNITED STATES MAGISTRATE JUDGE